SEALED

FILED
2016 MAR -2 PM 12:07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL MARTINEZ,<br><br>Defendant | CRIMINAL NO:<br><br>**SA16CR0138DAE**<br><br>▶ Vio: 21 U.S.C. §§ 841(a)(1), 841(b)((1)(C)- Possession with Intent to Distribute a detectable quantity of methamphetamine.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

That on or about December 11, 2015, in the Western District of Texas, Defendant,

**JOEL MARTINEZ**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a detectable quantity of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON OF GRAND JURY

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney